UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA, *ex rel.* PATRICIA SCOTT and JOHN TUDBURY, <br><br>　　　　　Plaintiffs, <br><br> v. <br><br> PACIFIC ARCHITECTS AND ENGINEERS, INC. <br>　　　　　Defendant. | ) ) ) ) ) ) ) Civil Action No. 1:13-cv-01844 (CKK) ) ) **UNDER SEAL** ) ) ) ) |

## UNITED STATES' NOTICE REGARDING INTERVENTION

Pursuant to the False Claims Act, 31 U.S.C. § 3730(b)(4)(B), the United States notifies the Court that the United States has not made an intervention decision in this action. Although the United States is not intervening at this time, and specifically reserves the right to do so in the future, we respectfully refer the Court and parties to 31 U.S.C. § 3730(b)(1), which allows the relator to maintain the action in the name of the United States; providing, however, that the "action may be dismissed only if the court and the Attorney General give written consent to the dismissal and their reasons for consenting." Id. Therefore, the United States requests that, should either the relators or the defendant propose that this action be dismissed, settled, or otherwise discontinued, this Court solicit the written consent of the United States before ruling or granting its approval.

Furthermore, pursuant to 31 U.S.C. § 3730(c)(3), the United States requests that all pleadings filed in this action be served upon the United States; the United States also requests that orders issued by the Court be sent to the Government's counsel. The United States reserves its right to order any deposition transcripts and to intervene in this action, for good cause, at a later date. The United States also requests that it be served with all notices of appeal.

- 2 -

Finally, the Government requests that the relator's Amended Complaint, this Notice, and the attached proposed Order be unsealed. The United States requests that all other papers on file in this action remain under seal because in discussing the content and extent of the United States' investigation, such papers are provided by law to the Court alone for the sole purpose of evaluating whether the seal and time for making an election to intervene should be extended.

A proposed order accompanies this notice.

Respectfully submitted,

CHANNING D. PHILLIPS, D.C. BAR # 415793
United States Attorney for the District of Columbia

DANIEL F. VAN HORN, D.C. BAR # 924092
Civil Chief

_____
JENNIFER A. SHORT, D.C. Bar # 456884
Assistant United States Attorney
555 Fourth Street, NW
Washington, DC  20530
Telephone: (202) 252-2529

Attorneys for the United States of America

Dated: March 14, 2016

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA, *ex rel.* PATRICIA SCOTT and JOHN TUDBURY,<br><br>       Plaintiffs,<br><br>v.<br><br>PACIFIC ARCHITECTS AND ENGINEERS, INC.<br>       Defendant. | )<br>)<br>)<br>)<br>)<br>)   Civil Action No. 1:13-cv-01844 (CKK)<br>)<br>)<br>)<br>)<br>)<br>) |

## [PROPOSED] ORDER

Having received the United States' Notice in this action pursuant to the False Claims Act, 31 U.S.C. § 3730(b)(4)(B), it is hereby

ORDERED that the Amended Complaint, this Order, and the United States' Notice be unsealed and served upon the Defendant by the Relators; and it is further

ORDERED that all other contents of the Court's file in this action remain under seal and not be made public or served upon the Defendant, except for this Order and the United States' Notice, which the Relators will serve upon the Defendant only after service of the Complaint; and it is further

ORDERED that the parties shall serve all pleadings and motions filed in this action, including supporting memoranda, upon the United States, as provided for in 31 U.S.C. § 3730(c)(3). The United States may order any deposition transcripts and is entitled to intervene in this action, for good cause, at any time; and it is further

ORDERED that the parties shall serve all notices of appeal and orders of this Court upon the United States; and it is further

- 2 -

ORDERED that should the Relators or the Defendant propose that this action be dismissed, settled, or otherwise discontinued, the Court will solicit the written consent of the United States before ruling or granting its approval.

This _____ day of March, 2016.

_____
Hon. Colleen Kollar-Kotelly
United States District Court Judge

## CERTIFICATE OF SERVICE

I hereby certify that on this 14th day of March, 2016, the United States' Notice Regarding Intervention was served via first-class mail, postage prepaid, on:

Scott J. Bloch, Esq.
Law Offices of Scott J. Bloch, PA
1050 17th Street, NW
Suite 600
Washington, DC  20036

Counsel for Relators

Because this action is under seal pursuant to 31 U.S.C. § 3730, the defendant has not been served with copies of the foregoing.

_____
JENNIFER A. SHORT
Assistant United States Attorney