IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA, *ex rel.* PATRICIA SCOTT and JOHN TUDBURY,<br><br>  Plaintiffs,<br><br>  v.<br><br>PACIFIC ARCHITECTS AND ENGINEERS, INC.,<br><br>  Defendant. | Case No. 13-cv-01844 (CKK) |

## JOINT STATUS REPORT AND MOTION TO STAY PROCEEDINGS

Pursuant to this Court's June 25, 2020, Order, Defendant Pacific Architects and Engineers, LLC, and Relators, Patricia Scott and John Tudbury, submit this joint status report and joint request that this Court extend the current stay of all proceedings in this matter through September 30, 2020.

The parties have made progress in pursuing a non-litigated resolution of this case but additional time is needed. There are currently no deadlines set or proceedings scheduled in this case. On or before September 30, 2020, the parties will file a joint status report to update the Court on their efforts.

Dated: August 28, 2020                                     Respectfully submitted,

| /s/ | /s/ |
|---|---|

Andy Liu (D.C. Bar No. 454986)  
Andrew Victor (D.C. Bar No. 1022316)  
NICHOLS LIU LLP  
700 6th Street NW, Suite 430  
Washington, DC  20001  
Tel: (202) 846-9800  
aliu@nicholsliu.com  
avictor@nicholsliu.com  

*Counsel for Defendant Pacific Architects and Engineers, LLC*

Richard E. Condit, Esq.  
DC Bar No. 417786  
Cleveland Lawrence III, Esq.  
DC Bar No. 480462  
MEHRI & SKALET, PLLC  
1250 Connecticut Ave., N.W. Suite 300  
Washington, DC 20036  
Telephone: (202) 822-5100  
Fax: (202) 822-4997  
rcondit@findjustice.com  
clawrence@findjustice.com  

Scott J. Bloch, Esq.  
DC Bar No. 984264  
LAW OFFICES OF SCOTT J. BLOCH, PA  
1050 17th St., N.W. Suite 600  
Washington, DC 20036  
Telephone: (202) 496-1290  
Fax: (202) 478-0479  
Scott@scottblochlaw.com  

*Counsel for Plaintiffs-Relators Patricia Scott and John Tudbury*

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA, *ex rel.* PATRICIA SCOTT and JOHN TUDBURY,<br><br>Plaintiffs,<br><br>v.<br><br>PACIFIC ARCHITECTS AND ENGINEERS, INC.,<br><br>Defendant. | Case No. 13-cv-01844 (CKK) |

**PROPOSED**

**ORDER GRANTING THE JOINT MOTION TO STAY PROCEEDINGS**

Before the Court is the parties' Joint Motion to Stay Proceedings.  In consideration of the averments therein, the Court grants the motion.

Accordingly, this case is stayed through September 30, 2020.  On or before September 30, 2020, the parties shall file a joint status report to update the Court as to the status of this case.

So Ordered.


August ____, 2020                                   _____
                                                    COLLEEN KOLLAR-KOTELLY
                                                    United States District Judge